BUCHALTER NEMER
A Professional Corporation
WILLIAM S. BRODY (SBN: 136136)
MARK M. SCOTT (SBN: 138569)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: mscott@buchalter.com

Attorneys for Plaintiff
SageCrest II, LLC

**ORIGINAL FILED** SEP 10 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED** AUG 13 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VRW

| | |
|---|---|
| SAGECREST II, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE VESSEL "CATALINA EXPLORER," in rem; CATALINA EXPLORER CO., INC., a California corporation; GLENN V. DILL, an individual; DONN S. DILL, an individual also known as Don S. Dill; TAMARA J. DILL, an individual; and BARBARA J. DILL, an individual,<br><br>Defendants. | Case No. CV-09-80165MISC<br><br>(CD Cal. Case: SACV08-00319 JVS (RNBx))<br><br>**ORDER TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION RE: TAMARA J. DILL** [PROPOSED]<br><br>**DATE:**<br>**TIME:**<br>**PLACE:** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment Debtor Tamara J. Dill, an individual, ("Judgment Debtor") is ordered to appear personally before this court or before a referee appointed by the Court to furnish information to aid in the enforcement of a money judgment against her on October 7, 2009 at 10:00 a.m. in Courtroom F of the above-referenced court located at 450 Golden Gate Avenue,

1

San Francisco, California 94102.

2.   The Judgment Debtor shall bring with her to the examination the following documents:

1.   All statements covering all or any portion of the time period from January 1, 2006 through the present from any bank, savings and loan, thrift and loan or other institution insured by the Federal Deposit Insurance Corporation, whether the account was in the Judgment Debtor's name alone or in conjunction with any other person or entity in which the Judgment Debtor has any ownership interest.

2.   All signature cards for any account which was open or active during all or any portion of the time period from January 1, 2006 through the present from any bank, savings and loan, thrift and loan or other institution insured by the Federal Deposit Insurance Corporation, whether the account was in the Judgment Debtor's name alone, or in conjunction with any other person or entity, or in the name of any entity in which the Judgment Debtor has any ownership interest.

3.   All canceled or returned checks from any account which was open or active from January 1, 2006 through the present from any bank, savings in loan, thrift and loan or other institution insured by the Federal Deposit Insurance Corporation, whether the account was in the Judgment Debtor's name alone, in conjunction with any other person or entity, or in the name of any entity in which the Judgment Debtor has any ownership interest.

4.   All passbooks, check registers, checkbooks, and other records evidencing transactions during all or any portion

13. All documents evidencing any life insurance or other policy in which the Judgment Debtor has an interest that has or will have a cash value at any time from January 1, 2006 through the present.

14. All documents evidencing any interest the Judgment Debtor may have either personally or in conjunction with some other person or entity in any airplane, automobile, truck, bicycle, helicopter, mobile home, motorcycle, motor home at any time from January 1, 2006 through the present.

15. All documents evidencing any interest the Judgment Debtor may have or has had in antiques, artwork, collectibles, commodities, furs, jewelry, precious metals, precious stones, rare books, or other non-household personal property at any time from January 1, 2006 through the present.

16. All documents evidencing any interest the Judgment Debtor may have or has had in any future or option at any time from January 1, 2006 through the present.

17. All accounting statements, financial statements and other documents prepared within the past three years evidencing income, including, but not limited to, commissions, disability benefits, dividends, draws, insurance, interest, notes, pensions, receivables, salary, social security benefits, tips, or other income which the Judgment Debtor has received or is entitled to receive at any time from January 1, 2006 through the present.

18. All contracts, including, but not limited to, employment contracts, notes and leases entered into by the

1  Judgment Debtor, either in her own capacity or in conjunction
2  with some other person or entity, in effect at any time from
3  January 1, 2006 through the present.
4       19.  Any documents, books, certificates or other books
5  or records which show or otherwise evidence the Judgment Debtor's
6  right, title and interest in and to any investments,
7  partnerships, corporations, pension plans, profit sharing plans,
8  Keogh plans, IRA accounts, ESOP plans, savings accounts, notes
9  receivable, trust deeds receivable, stocks, bonds, share
10 certificates, other securities and other receivables which the
11 Judgment Debtor owned either individually or in conjunction with
12 someone else or from which the Judgment Debtor was entitled to
13 receive any income at any time from January 1, 2006 through the
14 present.
15      20.  All documents evidencing any possessory interest,
16 non-possessory interest, easement, fee interest, leasehold
17 interest, ownership, profit, tenancy, timeshare or other interest
18 the Judgment Debtor may have or have had in any real property
19 from January 1, 2006 through the present.
20      21.  All American Express, Discover, MasterCard, Visa
21 and other credit cards, including, but not limited to, bank
22 cards, gasoline cards, merchant cards, store cards, travel cards
23 held, owned or otherwise used by the Judgment Debtor at any time
24 from January 1, 2006 through the present as well as all charge
25 slips, receipts, statements and other documents evidencing
26 charges, payments and other uses of such cards at any time from
27 January, 2006 through the present.
28      22.  All documents evidencing any gifts or transfers of

monies, interests in any insurance policy, trust or pension, personal property stocks, commodities, or real property other than in the ordinary course of business or for ordinary living expenses received by the Judgment Debtor from January 1, 2005 through the present.

23. All bills, letters, memoranda, notes, papers and other documents dated from January 1, 2006 through the present which establish, evidence, indicate, reflect, show and verify the Judgment Debtor's assets, expenses and income.

24. All applications for extensions of credit, including, but not limited to automobile lease applications, bank applications, real estate loan applications, charge card applications, credit card applications, gasoline card applications, store card applications and other applications, as well as financial statements submitted in connection or in support of such applications, made by the Judgment Debtor at any time from January 1, 2006 through the present.

25. All offers to sell, offers to purchase, contracts and escrow documents regarding any business, company, corporation, partnerships, or other entity or venture which the Judgment Debtor considered purchasing or selling either individually or jointly with some other entity or person from January 1, 2006 through the present.

26. All books, documents, instruments, papers and other written documents, including appraisals which the Judgment Debtor contends, depicts, reflects, reports or shows the value of any assets owned by the Judgment Debtor, whether individually or together with any other person or entity.

27. All documents which refer or reflect any accounts maintained by the Judgment Debtor at investment companies, brokerage houses or any other entity authorized to hold funds on behalf of another from January 1, 2006 through the present.

28. All documents which reflect the existence of all assets valued at $500 or more in which the Judgment Debtor has an interest.

29. All loan applications or application for credit which the Judgment Debtor has submitted to any lender from January 1, 2005 through the present.

30. A document which reflects the name and address of each of the Judgment Debtors' outside accountants from January 1, 2005 through the present.

31. All documents which reflect the name and address of each of the investment bankers or financial advisors which the Judgment Debtor has used from January 1, 2006 through the present.

32. Each document which reflects the present sources of the Judgment Debtor's income, including any document which identifies the name and address of the Judgment Debtor's customers.

33. All documents which evidence, refer or relate to or reflect the source of the Judgment Debtor's day-to-day living expenses.

34. All documents which constitute, refer or relate to any trust in which the Judgment Debtor has or had a beneficial interest or an interest which permits the Judgment Debtor to use

any portion of any trust property for her own benefit from any time from January 1, 2005 through the present.

35. All documents which identify the name and address of the Judgment Debtor's present employer.

36. All of the Judgment Debtor's credit card bills from June 1, 2007 through the present.

37. All documents which constitute, refer or relate to or reflect all commissions, salary, wages or other amounts paid to or presently owed to the Judgment Debtor from January 1, 2006 through the present.

38. All documents which constitute, refer or relate to all commissions, salary, wages or other amounts paid to or presently owed to the Judgment Debtor from January 1, 2006 through the present.

DATED: 7-10-09

MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA

**NOTICE TO JUDGMENT DEBTOR:** If you fail to appear at the time and place specified in this order with all of the requested documentation, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorneys' fees incurred by the judgment creditor in this proceeding.